FILED
CLERK, U.S. DISTRICT COURT
July 20, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CR___ DEPUTY

CHOATE HALL & STEWART LLP
MICHAEL H. BUNIS, admitted *pro hac vice*
  mbunis@choate.com
JUSTIN J. WOLOSZ, admitted *pro hac vice*
  jwolosz@choate.com
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-4030
Facsimile: (617) 248-4000

CALDWELL LESLIE & PROCTOR, PC
MICHAEL J. PROCTOR, State Bar No. 148235
  proctor@caldwell-leslie.com
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiffs VERSA
CAPITAL MANAGEMENT, LLC and
VERSA IP, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VERSA CAPITAL MANAGEMENT, LLC and VERSA IP, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>VERSA MEDIA CAPITAL, LLC,<br><br>    Defendant. | Case No. CV 16-4047 SVW(FFMx)<br><br>**ORDER GRANTING PERMANENT INJUNCTION AGAINST DEFENDANT VERSA MEDIA CAPITAL, LLC**<br><br>**[Stipulation filed concurrently herewith]**<br><br>The Honorable Stephen V. Wilson |

1  This Court has reviewed the Parties' Stipulation for an Order Granting
2  Permanent Injunction against Defendant.  It is hereby ORDERED that: Defendant
3  Versa Media Capital, LLC, its principals, employees, owners, agents, officers,
4  directors, attorneys, representatives, affiliates, subsidiaries, and successors and
5  assigns, and all those in active concert or participation with any of them, are
6  permanently enjoined and restrained from using the marks Versa, Versa Media
7  Capital, versamediacapital.com, or any other mark that infringes on or unfairly
8  competes with Plaintiffs' VERSA, VERSA CAPITAL or VERSA CAPITAL
9  MANAGEMENT marks.

10  It is further ORDERED that Plaintiff is not required to post a bond.

12  DATED:  July 20, 2016

13  The Honorable Stephen V. Wilson
    United States District Judge

15  Prepared By:

17  _____/S/_____
18  MICHAEL J. PROCTOR
    CALDWELL LESLIE & PROCTOR, PC
19  Attorneys for Plaintiffs VERSA CAPITAL
20  MANAGEMENT, LLC and VERSA IP, LLC