FILED
CLERK, U.S. DISTRICT COURT

Nov 22, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VERSA CAPITAL MANAGEMENT, LLC and VERSA IP, LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>VERSA MEDIA CAPITAL, LLC,<br><br>       Defendant. | Case No. CV 16-4047 SVW(FFMx)<br><br>ORDER ON **STIPULATION OF DISMISSAL**<br><br>The Honorable Stephen V. Wilson |

IT IS SO ORDERED.

DATED: November 22, 2016

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

CALDWELL
LESLIE &
PROCTOR

1   IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs Versa Capital
2 Management, LLC and Versa IP, LLC (collectively "Versa Capital") and Defendant
3 VX119 Media Capital, LLC, formerly known as Versa Media Capital, LLC
4 ("VX119"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Versa
5 Capital's claims in this action are hereby dismissed with prejudice, with each party
6 to bear its own costs and attorneys' fees.
7   The Order Granting Permanent Injunction entered in this matter on July 20,
8 2016 shall remain in effect.
9 //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

CALDWELL
LESLIE &
PROCTOR

-1-   Case No. CV 16-4047 SVW(FFMx)
STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: November 21, 2016 | CHOATE, HALL & STEWART LLP |
| 2 | | MICHAEL H. BUNIS |
| 3 | | JUSTIN J. WOLOSZ |

By     /S/ (authorization by email)
    MICHAEL H. BUNIS
Attorneys for Plaintiffs VERSA CAPITAL MANAGEMENT, LLC and VERSA IP, LLC

DATED: November 21, 2016      CALDWELL LESLIE & PROCTOR, PC
MICHAEL J. PROCTOR

By     /S/
    MICHAEL J. PROCTOR
Attorneys for Plaintiffs VERSA CAPITAL MANAGEMENT, LLC and VERSA IP, LLC

DATED: November 21, 2016      LAW OFFICES OF JEFFREY S. KONVITZ
JEFFREY S. KONVITZ

By     /S/ (authorization by email)
    JEFFREY S. KONVITZ
Attorneys for Defendant VERSA MEDIA CAPITAL, LLC